IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUIS CARMONA,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**D'ALESSANDRO,**<br><br>　　　　　　　　　　　　Defendant. | 2:10-cv-0898 KJM KJN P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW SECTION II OF DEFENDANT'S ARGUMENT IN HER MOTION TO DISMISS** |

GOOD CAUSE APPEARING, Defendant's Motion (Dkt. No. 28) to Withdraw Section II of Defendant's Argument in her Motion to Dismiss is HEREBY GRANTED.

**Date: 3/26/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carm0898.prop.ord.doc

1

[Proposed] Order Granting Def.'s Mot. to Withdraw Sec. II of Def.'s MTD (2:10-cv-0898 KJM KJN (PC))