UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CARMONA, | No. 2:10-cv-0898 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D'ALESSANDRO, | |
| Defendant. | |

On March 31, 2014, this court denied defendant's motion to dismiss and directed this action to proceed on plaintiff's Second Amended Complaint (ECF No. 18), against sole defendant D'Alessandro. (See ECF Nos. 38, 39.) Defendant D'Alessandro has not yet filed an answer to the Second Amended Complaint.[1] After an answer has been filed, the court will issue a Discovery and Scheduling Order.

Accordingly, IT IS HEREBY ORDERED that, within 21 days after the filing date of this order, defendant D'Alessandro shall file an answer to the Second Amended Complaint.

Dated: June 5, 2014

/carm0898.ord.answr

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The only responsive pleading filed by defendant D'Alessandro was his motion to dismiss the Second Amended Complaint. (ECF No. 27.)

1