UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CARMONA, | No. 2:10-cv-0898 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D'ALESSANDRO, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. On August 5, 2014, defendant filed a request to conduct plaintiff's deposition by videoconference due to budgetary constraints. Good cause appearing, defendant's request is granted. However, the court reporter must be physically located where the plaintiff is located. Moreover, nothing in this order shall be interpreted as requiring the institution in which plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS HEREBY ORDERED that:

1. Defendant's request (ECF No. 44) is granted; and

2. Defendant may conduct plaintiff's deposition by videoconference.

Dated:  August 14, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/carm0898.vid

1