1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | **LUIS CARMONA,** | Case No. 2:10-cv-0898 KJM KJN P |

12  |                    Plaintiff, | **ORDER GRANTING REQUEST FOR** |

13  | **v.** | **LEAVE TO FILE PLAINTIFF'S CENTRAL FILE RECORDS UNDER** |

14  | **D'ALESSANDRO,** | **SEAL FOR IN CAMERA REVIEW** |

15

16                    Defendant.

17

18          Good cause appearing, Defendant's counsel may file Plaintiff Luis Carmona's central file

19  records under seal.  (ECF No. 58.)  The Court will review the information *in camera* in relation to

20  the motion for summary judgment and the records will be returned to Defendant's counsel at the

21  close of this action.

22  Dated:  February 12, 2015

23

24  /carm0898.eot

                                        KENDALL J. NEWMAN
25                                      UNITED STATES MAGISTRATE JUDGE

26

27

28