UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CARMONA,<br><br>    Plaintiff,<br><br>    v.<br><br>D'ALESSANDRO,<br><br>    Defendant. | No.  2:10-cv-0898 KJM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 1, 2015, plaintiff filed a document styled, "Declaration of Unavailable Facts Essential to Justify Opposition FRCP 56(d)," which this court construes as a request pursuant to Rule 56(d) of the Federal Rules of Civil Procedure.  Defendant shall file an opposition within fourteen days.  Plaintiff's reply, if any, shall be filed within seven days thereafter.

Dated:  June 9, 2015

/carm0898.fb

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1